IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOS ALAMOS NATIONAL BANK, N.A.,

       Plaintiff,

vs.                                                                                                                                                      CIV 18-0613 KG/JHR

FIDELITY BANK,

       Defendant.

## **ORDER SETTING HEARING**

IT IS HEREBY ORDERED that a hearing and oral argument on Plaintiff's Rule 12(b)(6) Motion to Dismiss Fidelity Bank's First Amended Counterclaim (Doc. 30) is set for **THURSDAY, APRIL 4, 2019, AT 10:00 AM** at the United States Courthouse, 4th Floor, Mimbres Courtroom, 100 N. Church Street, Las Cruces, New Mexico.

_____
UNITED STATES DISTRICT JUDGE