# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LOS ALAMOS NATIONAL BANK,
N.A.

        Plaintiff,

vs.                                        NO. 1:18-CV-00613 – KG-JHR

FIDELITY BANK,

        Defendant.

## UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Defendant/Counter-Plaintiff, Fidelity Bank, hereby moves the Court to allow the withdrawal and substitution of its counsel of record. In support of this Motion, Fidelity Bank states:

1. Fidelity Bank's current counsel, Marrs Griebel Law Ltd. wishes to withdraw as counsel.
2. Madison, Mroz, Steinman and Dekleva, P.A. will be appointed as substitute counsel, if the Court grants the Motion.
3. Fidelity Bank consents to the withdrawal and substitution of Counsel

WHEREFORE, Fidelity Bank respectfully requests that the Court allow the withdrawal and substitution of counsel as stated herein.

Respectfully submitted,

MADISON, MROZ, STEINMAN
& DEKLEVA, P.A.

By: _____
William C. Madison
Gregory D. Steinman
P.O. Box 25467
Albuquerque, NM 87125
(505) 242-2177
wcm@madisonlaw.com
gds@madisonlaw.com
*Attorneys for Defendant Fidelity Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April 2019, the foregoing was filed electronically through the CM/ECF system which caused counsel and/or parties of record to be served by electronic or other means, as more fully reflected on the Notice of Electronic Filing.

Robert P. Warburton
Stelzner, Winter, Warburton, Flores,
 Sanchez & Dawes, P.A.
302 8th Street, NW, Ste. 200
P.O. Box 528
Albuquerque, NM 87103-0528
(505) 938-7770
RPW@stelznerlaw.com

-and-

Eric R. Hail
Katherine Beran
Hunton Andrews Kurth, LLP
1445 Ross Avenue, Ste. 3700
Dallas, TX 75202
(214) 468-3309
ehail@huntonAK.com
kberan@huntyonAK.com

*Attorneys for Plaintiff Los Alamos National Bank, N.A.*

Clinton W. Marrs
MARRS GRIEBEL LAW, LTD.
1000 Gold Ave. SW
Albuquerque, NM 87102
(505) 433-3926
patrick@marrsleghal.com
*Attorneys for Fidelity Bank*

_____
Madison, Mroz, Steinman & Dekleva, P.A.

2