IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOS ALAMOS NATIONAL BANK,
N.A.

       Plaintiff,

vs.                                 NO. 1:18-CV-00613 – KG-JHR

FIDELITY BANK,

       Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

THIS MATTER came before the Court upon the unopposed Motion of Fidelity Bank to allow the withdrawal and substitution of its counsel. The Court finds that Fidelity Bank consents to the withdrawal and substitution and that the Motion is otherwise well taken and is granted.

IT IS HEREBY ORDERED that Marrs Griebel Law Ltd. may withdraw as counsel and that Madison, Mroz, Steinman and Dekleva, P.A. is substituted as counsel for Fidelity Bank.

_____
UNITED STATES DISTRICT JUDGE

Approved by:

| | |
|---|---|
| *Approved by Eric Hail via email 4/26/19* <br> Robert P. Warburton <br> Stelzner, Winter, Warburton, Flores, <br> Sanchez & Dawes, P.A. <br> 302 8th Street, NW, Ste. 200 <br> P.O. Box 528 <br> Albuquerque, NM  87103-0528 <br> (505) 938-7770 <br> RPW@stelznerlaw.com <br><br> -and- <br><br> Eric R. Hail\ <br> Katherine Beran <br> Hunton Andrews Kurth, LLP <br> 1445 Ross Avenue, Ste. 3700 <br> Dallas, TX  75202 <br> (214) 468-3309 <br> ehail@huntonAK.com <br> kberan@huntyonAK.com <br> *Attorneys for Plaintiff Los Alamos National Bank, N.A.* | *Approved by P. Griebel via email 4/22/19* <br> Clinton W. Marrs <br> MARRS GRIEBEL LAW, LTD. <br> 1000 Gold Ave. SW <br> Albuquerque, NM 87102 <br> (505) 433-3926 <br> patrick@marrsleghal.com <br> *Attorneys for Fidelity Bank* <br><br> */s/ Gregory D. Steinman* <br> William C. Madison <br> Gregory D. Steinman <br> **MADISON, MROZ, STEINMA & DEKLEVA, P.A.** <br> P.O. Box 25467 <br> Albuquerque, NM 87125 <br> (505) 242-2177 <br> wcm@madisonlaw.com <br> gds@madisonlaw.com <br> *Attorneys for Defendant Fidelity Bank* |