# Robert P. Warburton



**Practice Areas:** Civil Litigation, including Insurance Coverage, Insurance Bad Faith, Construction Defects, Architects/Engineers Professional Liability, Complex Commercial Litigation, Sexual Harassment/Sexual Misconduct defense, Products Liability.

**Licensed**: New Mexico Bar, 1990; Wyoming Bar, 1998, U.S. District Court, District of New Mexico 1991; U.S. District Court, District of Wyoming, 1999, Tenth Circuit Court of Appeals, 1998, United States Supreme Court, 2004.

**Education:** University of New Mexico School of Law, J.D., 1990, *Cum Laude, Phi Kappa Phi,* Order of the Coif; Georgetown University, M.A., Russian Area Studies, 1977, *Cum Laude,* University of Notre Dame, B.A. Government, 1975, *Cum Laude.*

## CURRENT EMPLOYMENT:

6/2010 To Present        Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, P.A.
302 8th Street NW, Suite 200
Albuquerque, New Mexico 87102

P.O. Box 11246
955 High Country Drive
Jackson, Wyoming 83002-1246

## PAST EMPLOYMENT:

08/88-05/31/10        Director, Shareholder and Attorney
Sheehan, Sheehan & Stelzner, P.A.

08/82-07/87        Assistant Coordinator of International Programs; Assistant Director of Admissions, Central University of Iowa, Pella Iowa

07/77-07/81        Headquarters Company Commander; Aide-de-Camp to Assistant Division Commander, 3rd Infantry Division, United States Army Europe

**CLASS/SEMINARS TAUGHT:**

Insurance Coverage for Employment Lawsuits, New Mexico Defense Lawyers Association, April 24th, 2000

Discovery on New Mexico Bad Faith Litigation, National Business Institute, Albuquerque, October 24th, 2002

Construction Defect Litigation From A to Z, National Business Institute, Albuquerque, November 3, 2014

**ORGANIZATIONS AND ACTIVITIES:**

| | |
|---|---|
| 1990 to Present | New Mexico Bar Association |
| 1998 to Present | Wyoming Bar Association |
| 1990 to Present | Albuquerque Bar Association |
| 1999 to Present | Teton County Bar Association |
| 1991 to Present | New Mexico Trial Lawyers Association |
| 1999 to Present | Wyoming Trial Lawyers Association |

**Honors**

Listed in Best Lawyers in America, Insurance Law, 2013 to present
Best Lawyers, New Mexico Lawyer of the Year, Insurance Law, 2015