

HUNTON ANDREWS KURTH LLP
1445 ROSS AVENUE, SUITE 3700
DALLAS, TX 75202-2799

TEL  214 • 979 • 3000
FAX  214 • 880 • 0011

**INVOICE DETAIL**

| CLIENT NAME: | LOS ALAMOS NATIONAL BANK |
| BILLING ATTORNEY: | PETER G. WEINSTOCK |

### RE: (Hunton # 086903.0000026) Fidelity Bank (Wichita, KS)

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2019:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|------|-----------|-------------|-------|-------|
| 03/08/2019 | E R HAIL | review Fidelity's discovery responses and review law regarding interrogatories (.9); prepare meet-and-confer transmittal to opposing counsel and send same (.5). | 3.20 | 2,160.00 |

Exhibit A-2

HUNTON ANDREWS KURTH LLP      INVOICE: ▮
CLIENT NAME:   LOS ALAMOS NATIONAL BANK      DATE:   04/23/2019
FILE NUMBER:   086903.0000026      PAGE:   2

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|------|-----------|-------------|-------|-------|
| ▮ | | ▮ | ▮ | ▮ |
| 03/15/2019 | G L LINYARD | Prepare for call with opposing counsel regarding motion to compel (.6); call with opposing counsel regarding motion to compel (.8). | 1.40 | 903.00 |
| ▮ | | ▮ | ▮ | ▮ |
| ▮ | | ▮ | ▮ | ▮ |
| 03/18/2019 | E A HUFFMAN | Research regarding numerosity objections to interrogatory requests. | 0.60 | 321.00 |
| 03/19/2019 | E R HAIL | Meet with T. Huffman regarding exhibits to motion to compel and general argument. | 0.40 | 270.00 |
| 03/19/2019 | E A HUFFMAN | Prepare motion to compel, including substantive legal research and review of pleadings and case file. | 4.70 | 2,514.50 |
| ▮ | | ▮ | ▮ | ▮ |
| 03/20/2019 | E A HUFFMAN | Prepare motion to compel, including legal research in support of same. | 2.80 | 1,498.00 |
| ▮ | | ▮ | ▮ | ▮ |
| 03/21/2019 | E A HUFFMAN | Research and prepare draft of motion for sanctions and motion to compel interrogatory responses. | 2.90 | 1,551.50 |
| ▮ | | ▮ | ▮ | ▮ |
| ▮ | | ▮ | ▮ | ▮ |
| ▮ | | ▮ | ▮ | ▮ |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|------|------------|-------------|-------|-------|
| 03/22/2019 | E R HAIL | Edit and revise motion to compel. | 0.40 | 270.00 |
| 03/22/2019 | E A HUFFMAN | Research for favorable case law analyzing discovery sanctions. | 2.10 | 1,123.50 |
| 03/22/2019 | E A HUFFMAN | Revise draft of motion to compel and motion for sanctions. | 1.10 | 588.50 |
| ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ |
| 03/25/2019 | E R HAIL | Edit and revise motion to compel. | 0.50 | 337.50 |
| 03/25/2019 | E R HAIL | Review comments from B. Warburton to motion to compel and revise per same. | 0.20 | 135.00 |
| ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ |
| 03/26/2019 | G L LINYARD | Review letter from Fidelity and production issues for informal hearing (1.3); review issues regarding interrogatories for informal hearing (.4); informal hearing regarding Fidelity's answers to LANB interrogatories (.8). | 2.50 | 1,612.50 |
| 03/26/2019 | E A HUFFMAN | Conferences with Eric Hail and Grayson Linyard regarding draft motion to compel and case strategy. | 0.40 | 214.00 |
| ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
| --- | --- | --- | --- | --- |
| 03/26/2019 | E R HAIL | Prepare for and attend court hearing on discovery dispute. | 1.30 | 877.50 |
| ▮▮▮▮ | | ▮▮▮▮ | ▮ | ▮ |
| ▮▮▮▮ | | ▮▮▮▮ | ▮ | ▮ |
| ▮▮▮▮ | | ▮▮▮▮ | ▮ | ▮ |
| ▮▮▮▮ | | ▮▮▮▮ | ▮ | ▮ |
| ▮▮▮▮ | | ▮▮▮▮ | ▮ | ▮ |
| ▮▮▮▮ | | ▮▮▮▮ | ▮ | ▮ |
| ▮▮▮▮ | | ▮▮▮▮ | ▮ | ▮ |
| ▮▮▮▮ | | ▮▮▮▮ | ▮ | ▮ |
| ▮▮▮▮ | | ▮▮▮▮ | ▮ | ▮ |
| 03/28/2019 | E A HUFFMAN | Confer with Eric Hail regarding case strategy and motion to compel. | 0.10 | 53.50 |
| ▮▮▮▮ | | ▮▮▮▮ | ▮ | ▮ |
| ▮▮▮▮ | | ▮▮▮▮ | ▮ | ▮ |
| ▮▮▮▮ | | ▮▮▮▮ | ▮ | ▮ |
| | | ▮▮▮▮ | ▮ | ▮ |
| 03/28/2019 | E R HAIL | Review research regarding expert objections in context of contention interrogatories and assess same. | 0.50 | 337.50 |
| ▮▮▮▮ | | ▮▮▮▮ | ▮ | ▮ |
| ▮▮▮▮ | | ▮▮▮▮ | ▮ | ▮ |

HUNTON ANDREWS KURTH LLP
CLIENT NAME:    LOS ALAMOS NATIONAL BANK
FILE NUMBER:    086903.0000026

INVOICE:
DATE:    04/23/2019
PAGE:    5

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|------|-----------|-------------|-------|-------|



HUNTON ANDREWS KURTH LLP
1445 ROSS AVENUE, SUITE 3700
DALLAS, TX 75202-2799

TEL   214 • 979 • 3000
FAX   214 • 880 • 0011

**INVOICE DETAIL**

| CLIENT NAME: | LOS ALAMOS NATIONAL BANK |
|---|---|
| BILLING ATTORNEY: | PETER G. WEINSTOCK |

### RE: (Hunton # 086903.0000026) Fidelity Bank (Wichita, KS)

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2019:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | | |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|------|-----------|-------------|-------|-------|
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| 04/22/2019 | G L LINYARD | Draft email to court regarding discovery motion (.3); revise motion to compel (.8). | 1.10 | 709.50 |
| ███ | ███ | ███ | ██ | ██ |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|------|-----------|-------------|-------|-------|
| ████████ | | ████████ | ██ | ██ |
| 04/24/2019 | G L LINYARD | Revise motion to compel. | 1.50 | 967.50 |
| ████████ | | ████████ | ██ | ██ |
| ████████ | | ████████ | ██ | ██ |
| ████████ | | ████████ | ██ | ██ |
| ████████ | | ████████ | ██ | ██ |
| ████████ | | ████████ | ██ | ██ |
| | | ████████ | ██ | ██ |
| 04/25/2019 | C J BAXTER | Prepare invoices for use in connection to motion to compel. | 1.50 | 337.50 |
| ████████ | | ████████ | ██ | ██ |
| ████████ | | ████████ | ██ | ██ |
| ████████ | | ████████ | ██ | ██ |
| ████████ | | ████████ | ██ | ██ |
| 04/25/2019 | E R HAIL | Edit, revise and finalize motion to compel and oversee filing of same. | 1.20 | 810.00 |
| ████████ | | ████████ | ██ | ██ |
| | | ████████ | ██ | ██ |
| ████████ | | ████████ | ██ | ██ |
| ████████ | | ████████ | ██ | ██ |
| ████████ | | ████████ | ██ | ██ |
| ████████ | | ████████ | ██ | ██ |
| ████████ | | ████████ | ██ | ██ |
| | | ████████ | ██ | ██ |

