**HUNTON**
ANDREWS KURTH



# Grayson L. Linyard

## Associate

glinyard@HuntonAK.com

**Dallas**
+1 214 468 3313 direct

## Grayson's practice focuses on representing institutions and individuals in commercial litigation in state and federal courts.

Most of Grayson's cases involve some variation of claims for breach of contract, fraud, and/or breach of fiduciary duty. Grayson also has experience representing institutional trustees, defending businesses against consumer protection suits, and representing insureds under financial institution bonds and D&O policies.

Grayson is admitted to practice in all Texas state courts and United States District Courts in Texas, as well as before the United States Court of Appeals for the Fifth Circuit. Prior to joining the firm, Grayson served as Law Clerk to The Honorable Micaela Alvarez, United States District Judge for the Southern District of Texas.

Grayson serves as Co-Vice-Chair of the Dallas Bar Association's LegalLine Committee. LegalLine is the Dallas Bar Association's pro bono telephone hotline that is open to the public, where volunteer attorneys anonymously answer legal questions on the second and third Wednesday evening of each month. Grayson is a contributing author to the firm's Insurance Recovery Blog.

## Memberships —

Exhibit A-4

- Member, Dallas Bar Association

# Awards & Recognition     —

- *Texas Super Lawyers*, "Rising Star" 2015–2019

- Authorities Editor, *Vanderbilt Journal of Transnational Law*

- Vanderbilt Moot Court Board

- E. Randolph Williams Award for Outstanding Pro Bono Service, 2015-2016

# Insights     —

**Alerts**

DC Circuit Issues Highly-Anticipated TCPA Opinion On Autodialers, Reassigned Numbers, and Revocation of Consent, March 22, 2018

Court Rejects Effort at "Back Door" Trustee Removal by "Portability" Amendment, November 7, 2017

**Blog Posts**

Co-author, Federal Court Rejects Insurer's Narrow Interpretation of Securities Insuring Agreement and Applies Notice-Prejudice Rule to Financial Institution Bond, *Hunton Insurance Recovery Blog*, February 5, 2019

Co-author, Coverage for "Counterfeit" Securities: Imitation of an Original vs. Imitation of the Original, *Hunton Insurance Recovery Blog*, July 6, 2017

Author, First Circuit Rules Settlement Agreement Can Trigger Excess Insurance Coverage Under Policy Language, But This Settlement Did Not, *Hunton Insurance Recovery Blog*, May 2, 2017

Co-author, Federal Court Says Wrongdoer's False Statement In Application Does Not Permit Carrier To Rescind Financial Institution Bond And Avoid $3 Million Loss, *Hunton Insurance Recovery Blog*, March 23, 2017

Co-author, D&O Policy's "Final Adjudication" Provision Requires More Than A Trial Court Judgment, *Hunton Insurance Recovery Blog*, March 20, 2017

Co-author, D&O Policy's "Final Adjudication" Provision Requires More Than A Trial Court Judgment, *Hunton Insurance Recovery Blog*, March 20, 2017

Author, Texas Supreme Court Hears Argument On Whether Insureds Can Discover Insurer's Own Attorneys' Fees, *Hunton Insurance Recovery Blog*, February 17, 2017

Author, Texas Supreme Court To Determine Whether Insurer Liable For Wind Damages Despite Having Not Breached The Policy, *Hunton Insurance Recovery Blog*, October 14, 2016

Author, Supreme Court Of New Jersey Holds That "Occurrence" In CGL Includes Consequential Damages To Property Caused By Faulty Workmanship, *Hunton Insurance Recovery Blog*, September 2, 2016

Co-author, Tenth Circuit: Denial Of Claim May Be Unreasonable Even If Coverage Is Fairly Debatable, *Hunton Insurance Recovery Blog*, July 26, 2016

Author, Poor Risk Management Jeopardizes Coverage After Untimely Notice, *Hunton Insurance Recovery Blog*, April 29, 2016

## SERVICES —

**Practices**

Fiduciary Litigation

Insurance Coverage

Litigation

Class Action, Multidistrict Litigation

Financial Services Litigation

Mergers and Acquisitions Litigation

## EDUCATION —

JD, Vanderbilt University Law School, 2009

BS, Wake Forest University, 2006

## BAR ADMISSIONS —

North Carolina

Texas

## CLERKSHIPS —

US District Court, Southern District of Texas

## BLOGS

Hunton Insurance Recovery Blog

**NEWS**

Hunton Andrews Kurth Lawyers Recognized as 2019 Texas Rising Stars, March 4, 2019

Hunton & Williams Launches Hurricane Insurance Recovery Resource Center, September 19, 2017

Whose Privilege Is It Anyway? – Issues Involving Successor Trustees, June 28, 2017

Fiduciary Watch: Tortious Interference with Inheritance Rights in Texas? Still an Unanswered Question, June 1, 2017

© 2019 Hunton Andrews Kurth | Attorney Advertising

Contact Us    Cookie Notice    Privacy Notice    Terms of Use    Modern Slavery Act