# HUNTON ANDREWS KURTH



# Ted Huffman

## Associate

thuffman@HuntonAK.com

**Dallas**
+1 214 979 2944 direct

## Ted's practice focuses on complex commercial litigation in state and federal courts.

Ted has experience in a wide variety of litigation matters, including breach of contract, breaches of confidentiality, securities fraud, class action and collective action proceedings, theft of trade secrets, and patent infringement. Ted prepares demand letters and legal motions; he assists witnesses in their preparation for depositions and trials, and he advocates on behalf of clients in open court. Ted also counsels clients to assist in minimizing the risks of litigation.

Ted earned his bachelor's degree from Vanderbilt University and his JD from Southern Methodist University's Dedman School of Law. During law school, Ted completed a summer judicial internship for the Honorable Jeff Kaplan, Magistrate Judge for the United States District Court for the Northern District of Texas. Ted also served on the executive committee for the Science & Technology Law Review, was a member of the winning team for the SMU Mock Trial Competition, and won his first lawsuit as a student attorney with the SMU Law Civil Clinic. Prior to joining the firm, Ted served as a law clerk to the Honorable Barbara M.G. Lynn, chief judge for the United States District Court for the Northern District of Texas.

In private practice, Ted strives to be a strong advocate for his clients, and has achieved favorable outcomes in forums across the country. He is licensed to practice in Texas and admitted to appear in the Northern, Eastern, Southern, and Western district courts of Texas.

## Exhibit A-5

**Relevant Experience**

- Performed dispositive motion drafting and due diligence research for cases of breach of contract, fraud, misappropriation of trade secrets, securities violations, class action claims and patent infringement.

- Contributed heavily in the discovery process and deposition preparation for complex commercial lawsuits.

- Successfully defended dispositive motion challenges by opposing parties.

- Argued summary judgment motion that resulted in dismissal of all causes of action against the client.

- Successfully drafted state court appellate brief that resulted in an affirmance of favorable award for the client.

- Researched and drafted orders and initial memorandum opinions as a judicial law clerk in hundreds of civil and criminal matters, to be reviewed and revised by judge.

## Memberships

- Member, State Bar of Texas
- Member, Dallas Bar Association
- Member, Dallas Association of Young Lawyers
- The Honorable Barbara M.G. Lynn American Inn of Court, 2018-2019
- The Patrick E. Higginbotham American Inn of Court, 2015-2016

### SERVICES

**Practices**

Litigation

Financial Services Litigation

Securities Litigation and SEC Enforcement

Patent Litigation

### EDUCATION

JD, SMU Dedman School of Law, 2014

BA, Vanderbilt University, 2010

## BAR ADMISSIONS

Texas

## COURT ADMISSIONS

US District Court, Northern District of Texas

US District Court, Eastern District of Texas

US District Court, Southern District of Texas

US District Court, Western District of Texas

## CLERKSHIPS

US District Court, Northern District of Texas

© 2019 Hunton Andrews Kurth | Attorney Advertising

Contact Us   Cookie Notice   Privacy Notice   Terms of Use   Modern Slavery Act