IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| LOS ALAMOS NATIONAL BANK, N.A., | § § § |
| Plaintiff, | § § |
| v. | § Case No. 1:18-cv-00613- KG-JHR |
| FIDELITY BANK, | § § § § |
| Defendant. | § |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff/Counter-Defendant Los Alamos National Bank, N.A. ('LANB') and Defendant/Counter-Plaintiff Fidelity Bank ('Fidelity') hereby stipulate to the dismissal of all claims, counterclaims, and causes of action asserted by LANB and Fidelity in this case, WITH PREJUDICE, for the reason that all matters in controversy have been fully and finally compromised pursuant to a Settlement Agreement executed by LANB and Fidelity. LANB further releases its rights to attorneys' fees as ordered by the Court in that certain Memorandum Opinion and Order on Los Alamos National Bank, N.A.'s Motion for Reasonable Fees and Expenses (Doc. 99).

Wherefore, the Parties jointly stipulate and respectfully request the Court to enter the proposed order attached as Exhibit A dismissing all claims and counterclaims with prejudice, with each Party to bear its own attorney's fees, costs, and expenses.

Dated: January 10, 2020

Respectfully submitted,

/s/ Eric R. Hail
Eric R. Hail (*pro hac vice*)
ehail@huntonak.com
Grayson L. Linyard (*pro hac vice*)
glinyard@huntonak.com
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202-2799
(214) 979-3000
(214) 880-0011 (Fax)

*-and-*

Robert P. Warburton
New Mexico Bar No. 6326
RPW@stelznerlaw.com
**STELZNER, WINTER, WARBURTON, FLORES, SANCHEZ, & DAWES P.A.**
302 8th Street NW, Suite 200
P.O. Box 528
Albuquerque, New Mexico 87103-0528
(505) 938-7770
(505) 938-7781 (Fax)

**ATTORNEYS FOR PLAINTIFF LOS ALAMOS NATIONAL BANK, N.A.**

/s/ Paul M. Cash
William C. Madison
wcm@madisonlaw.com
Gregory D. Steinman
gds@madisonlaw.com
Paul M. Cash
pmc@madisonlaw.com
**MADISON, MROZ, STEINMAN & DEKLEVA, P.A.**
P.O. Box 25467
Albuquerque, NM 87125
(505) 242-2177

**ATTORNEYS FOR DEFENDANT FIDELITY BANK**