IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LOS ALAMOS NATIONAL BANK,
N.A.,

    Plaintiff,

v.                                       Case No. 1:18-cv-00613- KG-JHR

FIDELITY BANK,

    Defendant.

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. The Court has reviewed and approves the stipulation. Accordingly,

IT IS ORDERED that Plaintiff Los Alamos National Bank, N.A.'s claims against Defendant Fidelity Bank are DISMISSED WITH PREJUDICE;

IT IS FURTHER ORDERED that Defendant Fidelity Bank's claims against Plaintiff Los Alamos National Bank, N.A. are DISMISSED WITH PREJUDICE; and

IT IS FURTHER ORDERED that Plaintiff Los Alamos National Bank, N.A. and Defendant Fidelity Bank will each bear their own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE